IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER TERRY SHORTER,

    Plaintiff,

v.                               Case No. 1:14cv223-MW/GRJ

J. HILLIS MILLER HEALTH
CENTER, et al.,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.12, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.13.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  This cause is **DISMISSED** for lack of subject matter jurisdiction and/or failure to state a claim upon which relief may be granted because it is barred by the applicable statutes of limitation.  The Clerk shall close the file.

**SO ORDERED on April 7, 2015.**

                                              **s/Mark E. Walker           **
                                              **United States District Judge**