UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER TERRY SHORTER

    VS                          CASE NO.  1:14-cv-00223-MW-GRJ

J HILLIS MILLER HEALTH CENTER et al

**JUDGMENT**

This cause is DISMISSED for lack of subject matter jurisdiction and/or failure to state a claim upon which relief may be granted because it is barred by the applicable statues of limitation.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

                                              s/JUDY STONE

April 7, 2015
DATE                                           Deputy Clerk: Judy Stone